## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

VENVER, S.A. and                                    )
AMERICAS COIL TUBING, LLC,           )
                                                              )
    Plaintiffs,                                      )
                                                              )
v.                                                            )          Case No. CIV-18-790-SLP
                                                              )
GEFCO, INC.,                                         )
                                                              )
    Defendant.                                     )

## **O R D E R**

Before the Court is Plaintiffs' Motion to Strike Gefco's Motion to Compel and Stay Plaintiffs' Response Deadline [Doc. No. 175]. Upon review, Plaintiffs' Motion is DENIED. The matters raised in Plaintiffs' Motion are more properly raised in the context of a response to the Motion to Compel. To the extent Plaintiffs take issue with the Motion to Compel on grounds it is dilatory, the Court notes that under the current Scheduling Order [Doc. No. 161], discovery in this matter does not close until January 3, 2022.[1] Although noting this matter, the Court reserves any ruling on the merits of the Motion to Compel.

IT IS SO ORDERED this 3rd day of November, 2021.

                                            SCOTT L. PALK
                                            UNITED STATES DISTRICT JUDGE

---

[1] To this end, Plaintiffs' reliance on *Nortel Networks, Ltd. v. SMC Electronics, LLC*, No. CIV-06-787-C, 2007 WL 1959281 at * 1 (W.D. Okla. June 29, 2007) is misplaced. In that case, the defendants' motion to compel was filed "well past the discovery deadline."